<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000504
12-JUN-2018
08:45 AM**</span>

NO. CAAP-17-0000504

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE
REVOCABLE TRUST OF EVA M. DUPONTE,
DATED JULY 9, 1982, AS AMENDED

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(T. NO. 16-1-0117)

ORDER APPROVING THE MAY 30, 2018
STIPULATION FOR DISMISSAL WITH PREJUDICE OF APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice of Appeal, filed May 30, 2018, by Beneficiary-
Appellant Lionel Martin Dupont, the papers in support, and the
record, it appears that (1) the appeal has been docketed; (2)
pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the
parties stipulate to dismiss the appeal with prejudice and bear
their own attorneys' fees and costs; and (3) the stipulation is
dated and signed by counsel for all parties remaining in the
appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, June 12, 2018.

Chief Judge

Associate Judge

Associate Judge